No. 316, Docket 24246.

United States Court of Appeals
Second Circuit.

Submitted Aug. 2, 1957.

Decided Sept. 11, 1957.

**UNITED STATES of America ex rel. LUE CHOW YEE and Lue Chow Lon, Relators-Appellants,**

v.

**Edward J. SHAUGHNESSY, District Director of the New York District of the Immigration and Naturalization Service, Defendant-Respondent.**

No. 297, Docket 24414.

United States Court of Appeals
Second Circuit.

Submitted Aug. 26, 1957.

Decided Sept. 11, 1957.

On Motion to Recall Mandate and for Leave to Reargue.

Spar, Schlem & Burroughs, New York City (Charles Spar, New York City, of counsel), for relators-appellants.

Before CLARK, Chief Judge, and CHASE and HINCKS, Circuit Judges.

PER CURIAM.

Motion denied. We have considered Quan v. Brownell, D.C.Cir., 248 F.2d 89, but do not change our previous decision for reasons set forth in the Per Curiam opinion in the companion case of Dong Wing Ott and Dong Wing Han v. Shaughnessy, 2 Cir., 247 F.2d 769.